UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
COORDINADORA MERCANTIL, S.A.,
a Columbian company,

                    Plaintiff,

  — against —

COORDINADORA MERCANTIL
CORPORATION, a New York corporation,

                    Defendant.
---------------------------------------------------------x

**ORDER**

06-CV-2422 (SLT)(JO)

**TOWNES, United States District Judge:**

      Plaintiff, Coordinadora Mercantil, S.A. ("Coordinadora Columbia") has moved this Court for a preliminary injunction enjoining the Defendant, Coordinadora Mercantil Corporation ("Coordinadora New York"), from directly or indirectly using the Coordinadora Columbia trade marks or using trademarks similar to those of Coordinadora Columbia that are likely to cause confusion, mistake or deception as to the affiliation, association or connection of Defendant with Plaintiff, and from directly or indirectly using the commercial names of "Coordinadora" or "Coordinadora Mercantil."

      To obtain a preliminary injunction, the moving party must show "that 1) absent injunctive relief, it will suffer irreparable harm, and 2) either a) that it is likely to succeed on the merits, or b) that there are sufficiently serious questions going to the merits to make them a fair ground for litigation, and that the balance of hardships tips decidedly in favor of the moving party." *Otokoyama Co. Ltd. v. Wine of Japan Import, Inc.*, 175 F.3d 266, 270 (2d Cir. 1999).

      Plaintiff has made the requisite showing for such preliminary injunctive relief and

Defendant has advanced no claim in opposition. Accordingly, Plaintiff's request for a preliminary injunction is hereby GRANTED.

SO ORDERED.

Dated: Brooklyn, New York
January 8, 2007

/s/
SANDRA L. TOWNES
United States District Judge